Charles Urlacher, Respondent, v. New York Telephone Company, Appellant.— Motions denied, without costs. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Albert H. Washburn, J. Stuart Tompkins, etc., Respondents, v. William Salmon, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Crescenzio Riche and Others, Appellants, v. The Greenwich Bank of the City of New York, Respondent.— Motion for reargument granted and case set down for Tuesday, January 28, 1913. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The Brooklyn Heights Railroad Company, Respondent, v. The Brooklyn City Railroad Company, Appellant.— Motion to resettle order granted, by making the 2d paragraph thereof read as follows: "Unanimously ordered and adjudged, that the judgment so appealed from be and the same is hereby unanimously affirmed, except as to the findings that Hollins & Co. on the 14th day of February, 1903, were the owners of all of the capital stock of the plaintiff; that there had been a general examination of all of the accounts so as to make possible an accurate statement showing the respective indebtedness of the companies to each other; that interest should be awarded from September 1, 1894, amounting to $1,616,680.15; and that September 1, 1894, was the date prior to which $1,740,258.38 over and above expenditures for which the plaintiff had been reimbursed by the defendant, had been expended by the plaintiff; without costs to either party in this court." Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Neri Cain, Respondent, v. Thompson-Starrett Company, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land and Premises Situated in the Block Bounded by Chauncey Street, Marion Street, Hopkinson Avenue and Rockaway Avenue, in the Borough of Brooklyn, etc.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of the City of New York Relative to Acquiring Title to Hemlock Street from Jamaica Avenue to Atlantic Avenue, in the Borough of Brooklyn, etc.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of John B. Lord, an Attorney.— Motion for reargument denied. The court decided that the evidence submitted, together with the presumption of professional integrity arising from many years' practice at the bar, and with which the court could not be unacquainted, preponderatingly showed that the respondent was not guilty of the charge. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.

In the Matter of Henry L. Preston, Respondent, v. Jacob Tuck, an Attorney, etc.— Motion granted, without costs. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.